UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

DANZEL MACKINS,
a/k/a "Putt," and
DARRIN SAMUELS,
a/k/a "Klepto,

Defendants.

- - - - - - - - - - - - - - - - - - X

**ORDER**

S1 21 CR 424 (LAK)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Thomas John Wright;

IT IS FOUND that the indictment in the above-captioned case is currently sealed and that the United States Attorney's Office has applied to have that indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
January 14, 2022

THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK