

**The Law Offices of**
**O&D**
**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com   t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com   t 646.375.2117   c 917.238.9332

May 6, 2022

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-9-22
```

**RE:** *United States v. Danzel Mackins*, S1:21-Cr-424 (LAK)

Dear Judge Kaplan:

My name is Esere J. Onaodowan, and I represent Mr. Danzel Mackins in the above referenced matter. I am writing to respectfully request an adjournment of our court appearance scheduled for Tuesday, May 10, 2022, at 2:30pm. My understanding is that on May 10, 2022, the Court was prepared to hear oral arguments regarding the suppression motion filed by the Defense on April 15, 2022.

The week of April 18, 2022, I began jury selection for a trial that I have before the Honorable Paul G. Gardephe in Courtroom 318 at 40 Foley Square. The case is United States v. Alexei Saab 19 Cr. 676 (PGG). We have since empaneled a jury and started trial. Unexpectedly, I am still on trial, and we expect to receive a verdict at some point next week. After our session today, it is my expectation that my trial jury could still be deliberating well into next week Tuesday, May 10, 2022.

I respectfully request that the Court please adjourn the May 10, 2022 appearance to at least Friday, May 20, 2022, or another date thereafter because I am still on trial, and I do not want to waste the Court's time. This is our first time requesting such an adjournment. I have conferred with the Government on this matter and the Government consents to my request. Pursuant to the Court's practice rules, I have also filed a stipulation on ECF as provided in the ECF Rules and Instructions.

Respectfully submitted,

Esere J. Onaodowan, Esq.

CC via email: AUSA Thomas John Wright

*Denied as Moot*
*Motion denied*
SO ORDERED
LEWIS A. KAPLAN, USDJ
5/9/22

116 West 23rd Street, 5th Fl, NY NY 10011   f 646 677 6918   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw