UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

UNITED STATES OF AMERICA

        -against-                         21 CR 424 (LAK)

DARRIN SAMUELS
and DANZEL MACKINS,

                Defendant.
------------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        A status conference will be held on May 24, 2022 at 2:00 PM in Courtroom 21B.

SO ORDERED.

Dated:      May 9, 2022

                                            Lewis A. Kaplan
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-10-22