**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/22
```

TEL. (212) 227-8899                                      FAX (212) 964-2926

May 24, 2022

Hon. Lewis A. Kaplan
U.S. District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

**MEMO ENDORSED**

Re: *United States v. Darrin Samuels, et al.*
21 Cr. 424 (LAK)

Your Honor

    At the conference on the above case today, the Court adjourned the matter until June 29, 2022 at 3:30. I have an Eastern District conference at 2:00 on that day and write to request that the time of the conference be moved to 4:00 on June 29, 2022.
    Mr. Mohan has indicated that 4:00 appears to be convenient for the Court and the government, by Thomas Wright, Esq, and Danzel Mackings, by Esere Onaodowan, Esq., consent to this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

SO ORDERED:

/s/ Lewis A. Kaplan
_____
HON. LEWIS A. KAPLAN

5/25/22