```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :      ORDER
          - v. -                 :
                                 :      S2 21 CR 424 (LAK)
DANZEL MACKINS,                  :
   a/k/a "Putt,"                 :
DARRIN SAMUELS,                  :
   a/k/a "Klepto,"               :
JAMEL WILLIAMS,                  :
   a/k/a "Big T," and            :
BRANDON WILKINS,                 :
   a/k/a "Banger,"               :
   a/k/a "Fishy,",               :
                                 :
              Defendants.        :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Thomas John Wright;

IT IS FOUND that the indictment in the above-captioned case is currently sealed and that the United States Attorney's Office has applied to have that indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         August __4__, 2022

*(signature: Katharine H. Parker)*

THE HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK