*The Law Offices of*

**ONAODOWAN & DELINCE**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    telephone: 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    telephone: 917.238.9332

**MEMO ENDORSED**

**VIA ECF**
May 15, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/23

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

RE:   *United States v. Danzel Mackins*, S2:21-Cr-424 (LAK)

Dear Judge Kaplan:

My name is Esere J. Onaodowan, and I and Karloff C. Commissiong represent Mr. Danzel Mackins in the above referenced matter. Pursuant to the Court's rules, we write to request permission to file a redacted version of our pre-trial motions in this matter. We are also requesting permission to file the Exhibits attached to our pretrial motions under seal. The motions contain sensitive information related to a Government cooperator. The Exhibits are also documents related to a Government cooperator. An unredacted version of the motion, a version of the motion with proposed redactions, and copies of the Exhibits have been emailed to the Court. Accordingly, we write to request permission to file a redacted version of pre-trial motions in this matter and to also file the Exhibits to our motion under seal.

Respectfully submitted,

Esere J. Onaodowan, Esq.
Karloff C. Commissiong, Esq.

CC via ECF:   AUSA Thomas John Wright

Application granted.

So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J.
Dated: 5/16/2023