UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :
                                    :
DANZEL MACKINS,                     :
    a/k/a "Put,"                    :
                                    :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - X

**ORDER ACCEPTING THE PLEA**
**ALLOCUTION BEFORE A**
**UNITED STATES**
**MAGISTRATE JUDGE**

S3 21 CR 424 (LAK)

Lewis A. Kaplan, United States District Judge

On November 28, 2023, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Sarah L. Cave, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted.  The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it.  Accordingly, it is hereby

ORDERED that the defendant's plea of guilty is acceptable to the Court.  The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:     New York, New York
           December 2, 2024

                                    _____
                                    THE HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK